AMOS D. SHAFFER, Respondent, *v.* MARY A. ALEXANDER et al., Appellants.

*Shaffer* v. *Alexander*, 81 App. Div. 646, affirmed.
(Submitted May 6, 1904; decided May 20, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 28, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Myron N. Tompkins* for appellants.

*J. T. Newman* and *Charles H. Blood* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.

———————

THE TOWN OF SMITHTOWN, Respondent, *v.* MARY E. MILLER, Appellant.

*Town of Smithtown* v. *Ely*, 75 App Div. 309, affirmed.
(Argued May 6, 1904; decided May 20. 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 16, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*W. P. Knapp* for appellant.

*Rowland Miles* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.